# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

MOHAMEDOU OULD SALAHI,

        *Petitioner,*

        v.

BARACK OBAMA, *et al.,*

        *Respondents.*

Civil Action No. 05-CV-0569 (RCL)

## [PROPOSED] ORDER GRANTING RESPONDENTS' <u>UNOPPOSED</u> MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE A MOTION FOR EXPEDITED JUDGMENT

Based on Respondents' Unopposed Motion for an Extension of Time to File a Reply in Support of their Motion for Leave to File a Motion for Expedited Judgment, this Court orders that Respondents' Reply, which would otherwise be due on November 23, 2012, is now due on December 7, 2012.

**AND IT IS SO ORDERED.**

November 30, 2012

                                   _____
                                   Royce C. Lamberth
                                   United States District Judge